# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMON TYLER,<br>　　　Plaintiff,<br><br>　　vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br>　　　Defendant. | Case No.: 2:20-cv-10127-PVC<br><br>ORDER FOR AWARD OF EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

　　**IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount **SIX THOUSAND FIVE HUNDRED** ($6,500.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: May 12, 2022

_____
HON. PEDRO V. CASTILLO
United States Magistrate Judge